IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-155-RLV-DCK

| | |
|---|---|
| SIMPSON PERFORMANCE PRODUCTS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** |
| MASTERCRAFT SAFETY, INC., and IMPACT RACING INC., | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) filed by Anup M. Shah, concerning Adam S. Garson on December 1, 2016. Mr. Adam S. Garson seeks to appear as counsel *pro hac vice* for Defendants Mastercraft Safety, Inc. and Impact Racing, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) is **GRANTED.** Mr. Adam S. Garson is hereby admitted *pro hac vice* to represent Defendants Mastercraft Safety, Inc. and Impact Racing, Inc.

**SO ORDERED**.

Signed: December 1, 2016

David C. Keesler
United States Magistrate Judge